



## MEMORANDUM OPINION

No. 04-12-00290-CV

Higinio **RAMIREZ**,
Appellant

v.

Patricia **RAMIREZ**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17294
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  September 19, 2012

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM